# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 15, 2016

## NO. 03-14-00503-CV

**Kent Kohler, Appellant**

**v.**

**Claudia Chiquillo, Appellee**

**APPEAL FROM COUNTY COURT AT LAW NO. 1 OF HAYS COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND BOURLAND
AFFIRMED IN PART; REVERSED AND REMANDED IN PART –
OPINION BY JUSTICE PEMBERTON**

This is an appeal from the summary judgment signed by the trial court on April 30, 2014. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the trial court's summary judgment. Therefore, we: (1) affirm the trial court's summary judgment that Kohler take nothing on his claims for breach of the lease; (2) affirm the summary judgment on Chiquillo's breach-of-lease claims to the extent of liability only; and (3) reverse the judgment award of damages to Chiquillo and remand that issue for further proceedings. Each party shall pay the costs of the appeal incurred by that party, both in this Court and the court below.